UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **CHANTELLE McCANN,** | ) | CASE NO.   1:18-CV-894 |
| | ) | |
| Plaintiff, | ) | JUDGE DAN AARON POLSTER |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **ALPHA HOME HEALTH AGENCY, LLC,** | ) | |
| | ) | |
| Defendant. | ) | |

The Court has been advised by counsel of record that the above-captioned case has been settled.  Accordingly, this case is dismissed with prejudice, each party to bear its own costs. Notice by the Clerk of Courts being hereby waived.

The Court retains jurisdiction to approve the settlement agreement.

**IT IS SO ORDERED.**

*/s/ Dan Aaron Polster Jan. 7, 2019*
**DAN AARON POLSTER**
**UNITED STATES DISTRICT JUDGE**